Bruce P. Keller (BK 9300)
Jeffrey P. Cunard
James J. Pastore, Jr. (JP 3176)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## 05 CV 8881

- - - - - - - - - - - - - - - - - - - - - - - - - -x

THE MCGRAW-HILL COMPANIES, INC.,         :
PEARSON EDUCATION, INC., PENGUIN         :
GROUP (USA) INC., SIMON & SCHUSTER,      :     05 Civ. _____ (     )
INC., and JOHN WILEY & SONS, INC.        :
                                         :     **COMPLAINT**
                    Plaintiffs,          :
                                         :     **ECF Case**
          v.                             :
                                         :
GOOGLE INC.,                             :
                                         :
                    Defendant.           :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

        Plaintiff publishers The McGraw-Hill Companies, Inc. ("McGraw-Hill"), Pearson

Education, Inc. ("Pearson Education"), Penguin Group (USA) Inc. ("Penguin"), Simon &

Schuster, Inc. ("Simon & Schuster"), and John Wiley & Sons, Inc. ("John Wiley")

(collectively, the "Publishers") for their complaint against defendant Google Inc.

("Google"), allege as follows:

Dockets.Justia.com

## NATURE OF THE ACTION

1.    This is an action for declaratory and preliminary and permanent injunctive relief, arising under the U.S. Copyright Act, 17 U.S.C. §§ 101 et seq. (hereinafter referred to as the "Copyright Act").

2.    Publishers bring this action to prevent the continuing, irreparable and imminent harm that Publishers are suffering, will continue to suffer and expect to suffer due to Google's willful infringement, to further its own commercial purposes, of the exclusive rights of copyright that Publishers enjoy in various books housed in, among others, the collection of the University Library of the University of Michigan in Ann Arbor, Michigan ("Michigan").

3.    Using the rubric of a "Google Library Project," Google has announced that it has begun and will continue a commercial program under which it will digitally scan, or copy, the entirety of each of the books supplied to it by Michigan, without regard to whether (a) any or all of those books are protected by copyright and (b) any of the Publishers (or any other publisher or owner of copyright, for that matter) consents to having its copyrighted books included in the project.

4.    In consideration for receiving books from Michigan for scanning, Google proposes to make a digital copy of each book that it scans and then provide that copy to Michigan for Michigan's own use.  Google also proposes to (a) store, in perpetuity, one or more of the resulting digital copies on Google's computer servers, (b) offer to the public the ability to search, and have access to, the copies of the books stored on Google's servers and to retrieve excerpts of those books and (c) publicly display the

2

excerpts of the books to any person in the world whose search, through Google, has retrieved that book. All of these steps are taken by Google for the purpose of increasing the number of visitors to the google.com website and, in turn, Google's already substantial advertising revenue.

5.    The Publishers support making books available in digital form so that those books can be, among other things, researched through electronic means. To that end, they have separately developed and are continuing to develop various means of making electronic copies of their own works available consistent with their exclusive rights under copyright. One such means involves the recently announced Open Content Alliance ("OCA") involving a cooperative effort among publishers, libraries and Yahoo!. Unlike the Google Library Project, OCA will make books accessible to any search engine (including Google's). Also, unlike the Google Library Project, entire works will be made available with the permission of copyright holders in ways that protect their rights.

6.    The Google Library Project, however, completely ignores those rights in favor of Google's own economic self-interest. Notwithstanding the participation of Michigan and other academic and non-profit libraries, there should be no mistaking that Google's involvement in the Google Library Project is a wholly commercial undertaking. In exchange for the libraries providing Google with books for purposes of digital scanning, Google "pays" by reproducing and delivering digital copies of those books to the libraries. When Google makes still other digital copies available to the public for what it touts as research purposes, it does so in order to increase user traffic to its site, which then enables it to increase the price it charges its advertisers.

3

7.  Because Google's entirely commercial endeavor requires, among other things, massive, wholesale and systematic copying of entire books still protected by copyright for public distribution and public display, it infringes one or more of each Publisher's exclusive rights under the Copyright Act, 17 U.S.C. § 106. Neither (a) the fair use provisions of 17 U.S.C. § 107 nor (b) the narrow provisions of 17 U.S.C. § 108, which in very different circumstances would allow a library but, in no event, Google, to make digital copies of these works in a library's collection, excuse Google's wholesale unauthorized copying.

8.  Google is aware that each of the Publishers does not want its copyrighted books to be included in the Google Library Project without Google first having obtained permission from the Publisher. Google, claiming fair use, has declared that it is not required to obtain such permission. As a result, Publishers have been forced to commence this action to protect and prevent ongoing and imminent harm to the copyrights in their books.

## JURISDICTION AND VENUE

9.  This Court has jurisdiction over the subject matter of this action pursuant to 17 U.S.C. §501, and 28 U.S.C. §§ 1331, 1332, 1338 and 2201(a).

10. Personal jurisdiction is proper under CPLR 302 because Google regularly transacts or solicits business in this District; persistently provides services to Internet users, consumers and advertisers in this District; and derives substantial revenue from services, including advertising services, rendered in this District.

4

11.    Personal jurisdiction is proper under the U.S. Constitution because Google's business in the District qualifies as sufficient minimum contacts between Google and the District such that exercise of personal jurisdiction would not offend due process.

12.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because (i) Google conducts business in this District and (ii) Google's actions have injured Publishers, who conduct substantial business in this District.

### FACTS COMMON TO ALL CLAIMS

#### Plaintiffs

13.    McGraw-Hill is a New York corporation with its principal place of business in New York, New York.  Through its Education segment, McGraw-Hill is a leading publisher of educational materials, information and solutions for the Pre-K through 12th grade, Assessment & Instruction, Higher Education and Professional markets.  McGraw-Hill is the owner or exclusive licensee of, among others, copyrights in the works listed at Exhibit A.

14.    Pearson Education, formerly named Prentice-Hall, Inc., is a Delaware corporation that is a subsidiary of Pearson plc and has its principal place of business in Upper Saddle River, New Jersey.  Together with its corporate affiliates, Pearson Education is one of the leading educational publishers in the world, educating more than 100 million people worldwide.  Its college and professional imprints include Prentice-Hall, Addison-Wesley, Allyn & Bacon, Benjamin Cummings, Longman, Que, Sams and

New Riders.  Pearson Education is the owner or exclusive licensee of, among others, copyrights in the works listed at Exhibit A.

15.    Penguin is a Delaware corporation that is the United States affiliate of the Penguin Group and is a subsidiary of Pearson plc.  It has its principal place of business in New York, New York.  In addition to its Penguin imprint, Penguin publishes under famous imprints and trademarks, such as Viking, Penguin Classics, Penguin Press, G. P. Putnam & Sons (founded 1836), Dutton, and Riverhead.  Penguin is the owner or exclusive licensee of, among others, copyrights in the works listed at Exhibit A.

16.    Simon & Schuster, a subsidiary of Viacom, Inc., is a New York corporation with its principal place of business in New York, New York.  Founded in 1924, Simon & Schuster's prominent imprints include Simon & Schuster, Scribner and Free Press.  Simon & Schuster is the owner or exclusive licensee of, among others, copyrights in the works listed at Exhibit A.

17.    Wiley is a New York corporation with its principal place of business in Hoboken, New Jersey.  Founded in 1807, Wiley is a leading publisher for the higher education, professional, trade, scientific, technical, and medical communities worldwide. It is, along with its wholly-owned subsidiaries, the owner or exclusive licensee of, among others, copyrights in the works listed at Exhibit A.

18.    Publishers invest a great deal of time and money to acquire rights to and publish their books, which reflect not only the creative efforts of individual authors, but also the substantive and creative review, input and organization of editors employed by Publishers, as well as significant expenditures on the printing, marketing and distribution

6

of those works.  Publishers have vigorously sought to protect, defend and enforce their exclusive rights in and to their copyrighted books, including those listed at Exhibit A.

19.     In order to profitably publish their books and continue in business, Publishers depend on initial and backlist sales of copies of books and the licensing revenue from these works.  Particularly with respect to books that are not intended for the mass market, the sale of every additional copy – in whatever medium – is significant, as is each source of ancillary revenue, such as licensing fees received for granting permission to make copies of and prepare and use excerpts of such works in hard copy and in electronic form.

20.     It has long been the case that, due to the exclusive rights enjoyed by Publishers under the Copyright Act, both for-profit and non-profit entities provide royalties or other consideration to Publishers in exchange for permission to copy. even in part, Publishers' copyrighted books.

21.     Collectively, the Publishers have registered many more copyrights than those set forth in Exhibit A and, collectively, many more of Publishers' works than those set forth in Exhibit A are among the books Michigan plans to provide to Google for digital scanning and display as part of the Google Library Project.

### Defendant

22.     Google is one of the world's largest media companies.  Although it is best known for operating one of the world's most popular Internet search engines, it generates revenues in a very traditional manner:  by "delivering relevant, cost-effective. . . advertising."  *See* http://investor.google.com.

23.    To attract more users to its site – thus allowing it to sell "cost-effective, online advertising" to its customers – Google offers separate search engines for the web, images, news groups, shopping sites, and many other special interest categories. It also has begun to offer other content, just like its competitors Yahoo!, MSN, AOL and others.

24.    Google's business model has been very successful. Based in large part on its Internet advertising revenue streams, including its AdWords and AdSense programs, which generate ads that target the specific keywords searched for by its users, it now enjoys a market capitalization of approximately $85 billion.

**The Google Library Project**

25.    In December 2004, as part of its continuing effort to increase the advertising value of its site, Google announced the Google Library Project, under which it claims it will make books in several of the world's leading libraries available for searching online, including books currently protected by copyright. In order to do so, Google will first obtain print copies of books from a participating library, such as Michigan. It will then scan those books, making a digital copy of the print edition. It will then return to the participating library the original print edition. In addition, Google will give the library at least one copy of each book in digital form.

26.    Google does not add any new expression or meaning to the books it scans for inclusion in the Google Library Project. When portions of those books are displayed to users, Google simply includes much (but not all) of the bibliographic information with which the book is originally published.

27.    Five libraries originally agreed to participate in the Google Library Project:  The Harvard University Library ("Harvard"), the Stanford University Libraries ("Stanford"), the Bodleian Library of the University of Oxford ("Oxford"), the New York Public Library ("NYPL") and Michigan.  On information and belief, Oxford and NYPL will limit their participation to works that are no longer protected by copyright, but are in the public domain.  Harvard and Stanford have been somewhat less clear about which books they will make available to Google.

28.    Google and Michigan, however, have stated clearly that Michigan will make available to Google, for Google's reproduction and display, the books in Michigan's collection, even if those books still are protected by copyright.  Among the books in that collection in which Publishers hold copyrights are the works set forth in Exhibit A, each of which has been duly registered with the Copyright Office and each of which is at imminent risk of being copied in its entirety and made available for search, retrieval and display, without permission, unless this Court enjoins Google's plan to make the Michigan "collection[ ]" available online.  *See* http://print.google.com/googleprint/ publisher_library.html.

29.    Google purports to justify its systematic copying of entire books on the ground that it is a necessary step to making them available for searching through www.google.com, where excerpts from the books retrieved through the search will be presented to the user.  Exhibit B.  Google analogizes the Google Library Project's scanning of entire books to its reproduction of the content of websites for search purposes.  This comparison fails.  On the Internet, website owners have allowed their

sites to be searchable via a Google (or other) search engine by not adopting one or more

technological measures. That is not true of printed books found in library shelves.

Moreover, books in libraries can be researched in a variety of ways without unauthorized

copying. There is, therefore, no "need," as Google would have it, to scan copyrighted

books.

30.    In fact, the position that Google has taken regarding the Google Library

Project – that it can include books protected by copyright without permission from the

copyright owner – is inconsistent with another, very similar project, which Google calls

the Google Print Program for Publishers. There, Google has recognized that it needs the

permission of copyright owners if it is to engage in the widespread copying, distribution

and display of copyrighted works that characterizes both programs. As part of the

Google Print Program for Publishers, Google obtained the express permission to engage

in such acts from publishers, including Plaintiffs.

31.    There is no principled distinction between the Google Print Program for

Publishers and the Google Library Project, with respect to the types of works that are

copied, the digital technology used to copy and store the books, the amount of a book that

is copied by Google and the public accessibility and display of the copied works. The

only distinction is Google's decision not to seek permission for books included in the

Google Library Project because those books happen to be in the collection of a given

library. Accordingly, although Publishers support and have given Google permission to

include many of their works in the Google Print Program for Publishers, they have

objected to and continue to object to Google's inclusion of their copyrighted works in the Google Library Project.

32.    In response to the objections of Publishers and others, Google has announced that publishers have until November 2005 to provide Google with a list of every one of their books still protected by copyright that they do not wish to have Google copy as part of the Google Library Project. Should a Publisher fail to provide such a detailed list to Google, with the information that Google has announced is required, all of that Publisher's books found in Michigan will be at imminent risk of unauthorized copying (if Google has not already made unauthorized copies), distribution and public display.

33.    Both the Google Library Project and Google's pronouncement that publishers must provide to Google detailed lists of books that they wish to be excluded are contrary to the black letter requirements of the Copyright Act. The exclusive rights enjoyed by copyright owners to reproduce, publicly distribute and publicly display their works, and to authorize others to engage in such acts, 17 U.S.C. § 106, squarely put the burden on Google either to obtain the permission from copyright owners to copy and make use of copyrighted books or exclude them from the Google Library Project. Each Publisher has already made quite clear to Google that none of its works should be included in the Google Library Project without permission, the Publishers are under no obligation to provide Google with any further information and the information Google professes to need in order to easily exclude copyrighted books in print from the Google Library Project is readily available to it from a variety of sources including, but not

limited to, the Copyright Office and Michigan's on-line catalog. *See* http://lib.umich.edu/ mirlyn/mirlynpage.html.

34.    Apart from the November 2005 deadline set by Google, Google and Michigan have been unclear (at best) with respect to when any given book in Michigan's collection has been or will be included in the Google Library Project, as well as when Google actually has copied or will copy a given book, make it available for search, retrieval and public display and convey the digital copy to Michigan. There is, however, no dispute about Google's intent: come November, it plans to continue with the Google Library Project, which it has described as taking "the collection[ ]" of Michigan and "making its content searchable" at www.google.com. Accordingly, a concrete, justifiable case or controversy exists with respect to Publishers' works in the Michigan collection because Google intends to engage in the unauthorized reproduction, public distribution and public display of, *inter alia,* the works identified in Exhibit A, and of others.

35.    Google's continuing and future infringements are likely to usurp Publishers' present and future business relationships and opportunities for the digital copying, archiving, searching and public display of their works. The Google Library Project, and similar unrestricted and wide-spread conduct of the sort engaged in by Google, whether by Google or others, will result in a substantially adverse impact on the potential market for Publishers' books.

## COUNT I

### (Copyright Infringement)

36.    Publishers incorporate the prior paragraphs by reference.

37.    Publishers' books, a representative sample of which is set forth in Exhibit A, are original copyrightable works.  Publishers have complied in all respects with 17 U.S.C. §§ 101, et seq., have secured the exclusive rights in the works and have registered copyrights in the works with the Copyright Office in accordance with its rules and regulations.

38.    Google will infringe the copyrights of Publishers' books by unlawfully reproducing and publicly distributing and displaying copies of such works in violation of the Copyright Act.

39.    Google's infringements are and will be willful, executed with full knowledge of Publishers' copyrights and in conscious disregard for Publishers' exclusive rights in the protected works.

40.    Google's deliberate infringement of Publishers' copyrights has greatly and irreparably damaged Publishers and will continue to damage Publishers greatly and irreparably unless enjoined by this Court.  In the absence of injunctive relief, Publishers will have no adequate remedy at law.  Accordingly, Publishers are entitled to a preliminary and final injunction in accordance with 17 U.S.C. § 502.

41.    Publishers are entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

## PRAYER FOR RELIEF

Wherefore, for the reasons set forth above, Publishers respectfully pray for judgment in their favor and against Defendant as follows:

1.    A declaration in favor of Publishers against Google on Count I.

2.     A Final Order that permanently enjoins Google from, in any manner, reproducing, publicly distributing and/or publicly displaying all or any part of any Publisher's copyrighted works as part of the Google Library Project, or otherwise, except upon the express prior authorization of the Publisher owning or controlling the copyrights in such works.

3.     An Order that requires Google to delete or otherwise destroy all unauthorized copies made by Google through the Google Library Project of any copyrighted works, whether in whole or in part, owned by Publishers (a) from any computers or web servers owned by Google or that are under its control, or (b) that are otherwise in the possession of Google.

4.     An Order that declares that Google's past, present and future conduct and practices constitute infringement of Publishers' exclusive rights of copyright in and to their works, including the works set out in Exhibit A.

5.     An Order requiring Google to file with this court within 30 days after the entry of final judgment a written statement, under oath, setting forth in detail the manner in which it has complied with the Order.

6.     An Order that Google pay Publishers for the costs of this action and their reasonable attorneys' fees.

7.      An Order granting Publishers such other and further relief as this Court

may deem equitable and proper.

Dated:  October 19, 2005

Respectfully submitted,

By: _____
      Bruce P. Keller (BK 9300)
      Jeffrey P. Cunard
      James J. Pastore, Jr. (JP 3176)
      DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
      New York, NY 10022
      (212) 909-6000 (phone)
      (212) 909-6836 (fax)
      bpkeller@debevoise.com
      jpcunard@debevoise.com
      jpastore@debevoise.com

      *Attorneys for Plaintiffs*
        *The McGraw-Hill Companies, Inc.,*
        *Pearson Education, Inc.,*
        *Penguin Group (USA) Inc.,*
        *Simon & Schuster, Inc., and*
        *John Wiley & Sons, Inc.*

**EXHIBIT A**

| MCGRAW-HILL | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Bain | Coreldraw 12: The Official Guide | TX-6-018-877 |
| Beer | Vector Mechanics For Engineers: Statics, 5e | TX-2-472-788 |
| Bogle | Character Counts | TX-5-660-616 |
| Cadick, John et al | Electrical Safety Handbook, Second Edition | TX-5-264-372 |
| Chang | Chemistry, 5e | TX-3-623-468 |
| Colley | Corporate Governance | TX-5-815-359 |
| Croft, T. and Summers, W. | American Electricians' Handbook, Thirteenth Edition | TX-4-474-089 |
| Curtis, Brian | Drawing From Observation: An Introduction To Perceptual Drawing | TX-5-465-574 |
| de Nevers, Noel | Air Pollution Control Engineering | TX-4-052-277 |
| Domel, August | Basic Engineering Calculations For Contractors | TX-4-493-466 |
| El-Hofy, H. | Advanced Machining Processes | TX-6-169-722 |
| Finkelstein | How To Do Everything With Powerpoint 2003 | TX-5-828-799 |
| Fix | Astronomy: Journey To The Cosmic Frontier, 3e | TX-5-672-909 |
| Geisst | Last Partnerships | TX-5-291-406 |
| Gilbert | Basic Concepts In Biochemistry: A Student's Survival Guide, 2e | TX-5-099-907 |
| Griskey | Chemical Engineer's Portable Handbook | TX-5-260-043 |
| Hallman and Rosenbloom | Personal Financial Planning, Sixth Edition | TX-5-133-832 |
| Hart | ORACLE 10g HIGH AVAILABILITY WITH RAC | TX-6-017-162 |
| Hay, et al | CURRENT PEDIATRIC DIAGNOSIS AND Treatment, 16/E | TX-5-635-058 |
| Helfert | Financial Analysis Tools And Techniques | TX-5-489-067 |
| Hickman, et al | Animal Diversity, 3e | TX-5-610-872 |
| Hickman, et al | Integrated Principles Of Zoology, 12e | TX-5-832-211 |
| Hisrich, Robert D. | Small Business Solutions | TX-5-954-108 |
| Hodges, David A., Jackson, Horace G and Saleh, Rsve A. | Analysis And Design Of Digital Integrated Circuits: In Deep Submicron Technology, Third Edition | TX-5-771-910 |
| Holmes | Struts: The Complete Reference | TX-6-017-515 |
| Howson | Business Objects: The Complete Reference | TX-5-758-357 |
| Hungerford | How To Be A Sector Investor | TX-5-065-745 |
| Jorion | Value At Risk, 2e | TX-5-267-406 |

| **MCGRAW-HILL** | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Kasper, et al  (found) | Harrison's Principles Of Internal Medicine, 16e Vol 1 | TX-5-019-108 |
| Kasper, et al  (found) | Harrison's Principles Of Internal Medicine, 16e Vol 2 | TX-5-019-109 |
| Knight | SQL SERVER 2000 FOR EXPERIENCED DBAs | TX-5-744-574 |
| Kramer, G. | Ethernet Passive Optical Networks | TX-6-160-569 |
| Kutz, Meyer | Handbook Of Transportation Engineering | TX-5-956-592 |
| Lander, Guy P | What Is Sarbanes Oxley | TX-6-029-914 |
| Lewis | Human Genetics, 5e | TX-5-606-569 |
| Lightman | Great Ideas In Physics, 2e | TX-4-471-448 |
| Lyons, et al | Air And Gas Drilling Manual: Engineering Applications For Water Wells, Monitoring Wells, Mining Boreholes, Geotechnical Boreholes, And Oil And Gas Recovery Wells, Second Edition | TX-5-314-536 |
| Mader | Biology, 7e | TX-5-143-746 |
| Madura, Jeff | What Investors Need To Know | TX-5-979-938 |
| McCarty | Nobel Laureates | TX-5-201-223 |
| McGraw-Hill | Mcgraw-Hill Encyclopedia Of Science And Technology, 9e | TX-5-735-047 |
| Meyers, R. | Handbook Of Petrochemicals Production Process | TX-6-072-266 |
| Mitra | Digital Signal Processing | TX-4-601-311 |
| Morgan, G. Edward, Jr. | Clinical Anesthesiology, Third Edition | TX-5-510-005 |
| Nadel, Barbara | Building Security: Handbook For Architectural Planning And Design | TX-6-016-928 |
| Nester, et al | Microbiology: A Human Perspective, 4e | TX-5-686-306 |
| Nichols, H. and Day, D. | Moving The Earth, 5e | TX-6-168-856 |
| Palm | Introduction To Matlab 7 For Engineers | TX-6-003-163 |
| Passer and Smith | Psychology: Frontiers And Applications | TX-5-361-505 |
| Peltzer | .Net & J2ee Interoperability | TX-5-860-991 |
| Peters | Molecular Thermodynamics And Transport Phenomena | TX-6-086-629 |
| Powell | Html & Xhtml: The Complete Reference | TX-5-816-727 |
| Powell | Javascript: The Complete Reference | TX-6-029-865 |
| Prescott, et al | Microbiology, 5e | TX-5-490-795 |
| Pressman | Software Engineering: A Practitioner's Approach, 6e | TX-6-017-697 |
| Pressman | Software Engineering: A Practitioner's | TX-5-234-942 |

| MCGRAW-HILL | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| | Approach, 5e | |
| Price | ORACLE DATABASE 10g SQL | TX-5-956-560 |
| Proakis | Digital Communications, Fourth Edition | TX-5-266-506 |
| Rangwala, A.S. | Turbo-Machinery Dynamics: Design And Operation | TX-6-168-841 |
| Raven | Biology, 6e | TX-5-393-646 |
| Raven, et al | Biology, 7e | TX-5-953-607 |
| Reddy | An Introduction To The Finite Element Method, 2e | TX-3-470-227 |
| Rizzoni | Principles And Applications Of Electrical Engineering, 4e | TX-5-624-601 |
| Rosen | Discrete Mathematics And Its Applications, 5e | TX-5-643-474 |
| Rudolph, et al | RUDOLPH'S PEDIATRICS, 21/E | TX-5-676-657 |
| S&P (Jiler) | How Charts Can Help You In The Stock Market | TX-6-148-120 |
| Saltzman | Dvd Confidential 2 | TX-5-817-379 |
| Santrock | Life-Span Development, 9e | TX-5 676-264 |
| Scardina | ORACLE DATABASE 10g: XML & SQL | TX-6-029-920 |
| Schildt | The Art Of C++ | TX-6-017-649 |
| Schildt | C: THE COMPLETE REFERENCE, 4/E | TX-5-177-618 |
| Seeley, et al | Anatomy & Physiology, 4e | TX-4-660-286 |
| Sheimo, Michael D. | Stock Market Rules, 3e | TX-6-090-290 |
| Sheimo, Michael D. | Bond Market Rules | TX-5-197-528 |
| Sheimo, Michael D. | Mutual Fund Rules | TX-5-084-388 |
| Shier, et al | Hole's Human Anatomy & Physiology, 10e | TX-6-071-274 |
| Shier, et al | Hole's Human Anatomy & Physiology, 8e | TX-4-866-953 |
| Siedentop, Daryl | Introduction To Physical Education, Fitness, And Sport, 5e | TX-5-880-128 |
| Simchi-Levi, Edith/Simchi-Levi, David/Kaminsky, Philip | Managing The Supply Chain | TX-6-018-621 |
| Slater | Saving Big Blue | TX-5-031-397 |
| Smith | Photoshop Cs And Dreamweaver Mx Integration | TX-6-105-096 |
| Smithson | Managing Financial Risk, 3e | TX-4-864-532 |
| Sobel | The Pursuit Of Wealth | TX-5-127-143 |
| Taylor | Health Psychology, 5e | TX-5-608-847 |
| Thompson and Bordwell | Film History: An Introduction. 2e | TX-5-643-392 |
| Trzukep, Richard | Air Quality Compliance And Permitting | TX-5-673-737 |

| MCGRAW-HILL | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| | Manual | |
| Ulrich | How To Do Everything With Microsoft Office 2003 | TX-5-828-798 |
| Veselovsky and Kestelman | Adhesion Of Polymers | TX-5-490-784 |
| Wardlaw | Perspectives In Nutrition, 6e | TX-5-815-386 |
| Whitaker, J. | Standard Handbook Of Broadcast Engineering | TX-6-103-945 |

| **PEARSON EDUCATION** | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Airasian & Gay | Educational Research: Competencies for Analysis and Applications | TX-5-366-678 |
| Andres & Smith | Principles and Practices of Commercial Construction | TX-3-543-007 |
| Anthony & Breitner | Essentials of Accounting and Post Test Booklet | TX-1-481-879 |
| Arens & Beasley | Auditing and Assurance Service | TX-4-523-071 |
| Arnold & Chapman | Introduction to Materials Management | TX-5-138-465 |
| Aronson & Wilson | Social Psychology | TX-5-446-636 |
| Bear & Invernizzi | Words Their Way | TX-4-397-387 |
| Bergeron & Bizjak | First Responder | TX-5-266-051 |
| Berk | Development Through the Lifespan | TX-5-249-805 |
| Berk | Infants and Children: Prenatal Through Middle Childhood | TX-5-554-964 |
| Bittinger | Introductory Algebra/ Basic Algebra | A208935 |
| Brown & Lemay | Chemistry: The Central Science | TX-1-486-383 |
| Campbell | Basic Trauma Life Support for Advanced Providers | TX-5-854-476 |
| Campbell & Reece | Biology | TX-5-482-385 |
| Cappuccino | Microbiology: A Lab Manual | TX-5-994-982 |
| Carlson | Foundations of Physiological Psychology | TX-5-425-694 |
| Case & Fair | Principles of Macroeconomics | TX-3-618-447 |
| Chaisson & McMillan | Astronomy Today | TX-4-818-992 |
| Deitel | Java How to Program | TX-5-690-665 |
| Deitel & Deitel | C++ How to Program | TX-5-595-335 |
| Dessler | Human Resource Managemt | TX-5-511-761 |
| Eggen & Kauchak | Educational Psychology: Windows on Classrooms | TX-4-828-771 |
| Ember & Ember | Anthropology | TX-1-486-267 |
| Friend & Bursuck | Including Students with Special Needs: A Practical Guide for Classroom Teacher | TX-5-447-750 |
| Gerrig & Zimbardo | Psychology & Life | TX-258-611 |
| Giancoli | Physics: Principles with Application (Vol. 1) | TX-4-627-153 |
| Giannetti | Understanding Movies | TX-4-797-857 |
| Gomez-Mejia & Balkin | Managing Human Resources | TX-4-638-391 |
| Hambley | Electrical Engineering: Principles and Applications | TX-5-484-641 |
| Herrell & Jordan | Fifty Strategies for Teaching English Language Learners. | TX-5-068-972 |
| Heward | Exceptional Children: An Introduction to Special Education | TX-5-010-622 |
| Hewitt | Conceptual Physics | TX-5-437-895 |

| PEARSON EDUCATION | | |
|---|---|---|
| __Author Name__ | __Book Title__ | __Copyright Reg. No__ |
| Hill & Kolb | Chemistry For Changing Times | TX-5-257-130 |
| Hoffer & Prescott | Modern Database Management | TX-5-462-935 |
| Kenrick & Neuberg | Social Psychology: Unraveling the Mystery | TX-5-609-922 |
| Keown & Petty | Financial Management: Principles and Applications | TX-5-453-833 |
| Kotler | Marketing Management | TX-5-563-569 |
| Kotler | Principles of Marketing | TX-3-045-005 |
| Krajewski & Ritzman | Opr Mgmt & Stdnt CD Pkg | TX-2-754-208 |
| Kurose & Ross | Computer Networking | TX-5-982-429 |
| Lannon | Technical Communication and Technical Communication Resources | TX-6-010-930 |
| Leedy & Ormrod | Practical Research: Planning and Design | TX-5-249-244 |
| Lewis & Loftus | Java Software Solutions: Foundations of Program Design | TX-4-667-266 |
| Limmer & Okeefe | Emergency Care | TX-5-926-757 |
| London & Stone | Short Course in Photography | TX-6-181-488 |
| Lutgens & Tarbuck | The Atmosphere: An Introduction to Meteorology | TX-3-169-167 |
| Madigan & Martinko | Brock Biology of Microorganisms | TX-5-564-202 |
| Marieb | Human Anatomy and Physiology | PA-973-373 |
| Marieb | Essentials of Human Anatomy and Physiology | PA-1-116-795 |
| Marieb & Kollett | Human Anatomy and Physiology Laboratory Manual, CAT Version Updated | TX-4-175-170 |
| McKnight & Hess | Physical Geography: A Landscape Appreciation | TX-1-291-902 |
| McMurry & Castellion | Fundamentals of General, Organic, and Biological Chemistry | TX-5-578-324 |
| Morris & Maisto | Psychology: An Introduction | TX-2-797-452 |
| Nichols & Schwartz | Family Therapy: Concepts and Methods | TX-5-747-250 |
| Nieto | Affirming Diversity: The Sociopolitical Context of Multicultural Education | TX-5-013-511 |
| Ormrod | Educational Psychology: Developing Learners | TX-5-593-844 |
| Ottman | Music for Sightsinging | TX-1-768-469 |
| Pangrazi | Dynamic Physical Education for Elementary School Children | TX-5-249-807 |
| Parrillo | Strangers to These Shores | TX-3-611-647 |
| Peregoy & Boyle | Reading, Writing and Learning in ESL: A Resource Book for K-12 | TX-5-960-810 |
| Rejda | Principles of Risk Management and Insurance | TX-5-260-011 |
| Robbins | Organizational Behavior | TX-5-668-575 |
| Robbins & Decenzo | Fundamentals of Management | TX-4-614-271 |
| Rubenstein | The Cultural Landscape: An Introduction to | TX-199-328 |

## PEARSON EDUCATION

| Author Name | Book Title | Copyright Reg. No |
|---|---|---|
| | Human Geography | |
| Russell & Norvig | Artificial Intelligence: A Modern Approach | TX-5-677-567 |
| Sebesta | Concepts of Programming Languages | TX-4-889-910 |
| Smith & Duell | Clinical Nursing Skills: Basic to Advanced | TX-4-171-452 |
| Solomon | Consumer Behavior: Buying, Having and Being | TX-5-412-870 |
| Stokstad | Art History Revised Vol. 2 | TX-5-973-192 (Reg. is for combined V.1&2) |
| Stokstad | Art History Revised Vol. 1 | TX-5-973-192 (Reg. is for combined V.1&2) |
| Stokstad | Art History Revised Combined Vols. 1 & 2 | TX-5-973-192 |
| Strunk & White | The Elements of Style | TX-5-032-332 |
| Tannenbaum | Excursions in Modern Mathematics | TX-3-997-590 |
| Tompkins | Literacy of 21st Century | TX-4-490-923 |
| Tompkins | Language Arts: Patterns of Practice | TX-3-355-807 |
| Tortora & Funke | Microbiology: An Introduction | PA-1-207-875 |
| Troyka | Simon and Schuster Handbook for Writers | TX-5-457-897 |
| Vacca & Vacca | Content Area Reading : Literacy and Learning Across the Curriculum | TX-5-461-357 |
| Vacca & Vacca | Reading and Learning to Read | TX-5-035-232 |
| Wade & Tavris | Invitation to Psychology | TX-5-350-016 |
| Wade & Tavris | Psychology, Media and Research Update | TX-5-146-774 |
| Walraven | Basic Arrhythmias | TX-1-887-194 |
| Washington | Basic Technical Mathematics with Calculus | TX-1-552-914 |
| Watson & Baker | Molecular Biology of the Gene | PA-1-207-086 |
| Wells & Burnett | Advertising: Principles and Practice | TX-5-645-219 |
| Wheelen & Hunger | Strategic Management and Business Policy | TX-2-473-639 |
| Young & Freedman | Sears and Zemansky's University Physics with Modern Physics | TX-5-109-733 |

| PENGUIN | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Armstrong, Karen | Buddha | TX-5-370-936 |
| Auletta, Ken | Backstory | TX-5-916-540 |
| Baker, Houston A., Jr. | Narrative Of The Life Of Frederick Douglass | TX-1-017-253 |
| Bank, Melissa | Girls' Guide To Hunting And Fishing | TX-5-011-857 |
| Belle, Jennifer | High Maintenance | TX-5-401-060 |
| Binchy, Maeve | Nights Of Rain And Stars | TX-6-062-518 |
| Bloom, Harold | Hamlet Poem Unlimited | TX-5-724-859 |
| Braun, Lillian Jackson | The Cat Who Brought Down The House | TX-5-715-304 |
| Campbell, Bebe Moore | Brothers And Sisters | TX-3-999-145 |
| Carl, Dennis | New And Selected Poems 1974-2004 | TX-5-950-870 |
| Carrell, Jennifer Lee | The Speckled Monster | TX-5-773-247 |
| Chernow, Ron | Alexander Hamilton | TX-5-967-703 |
| Chevalier, Tracy | The Lady And The Unicorn | TX-5-916-525 |
| Chevalier, Tracy | The Virgin Blue | TX-5-634-766 |
| Coll, Steve | Ghost Wars | TX-5-912-289 |
| Cook, Robin | Seizure | TX-5-812-696 |
| Cornog, Evan | The Power And The Story | TX-5-999-642 |
| Dennis, Carl | New and Selected Poems 1974-2004 | TX-5-950-870 |
| Dickey, Eric Jerome | Liar's Game | TX-5-250-241 |
| Dickey, Eric Jerome | Between Lovers | TX-5-425-013 |
| Ebershoff, David | The Danish Girl | TX-5-152-056 |
| Ebershoff, David | The Rose City Stories | TX-5-382-364 |
| Evans, Richard | The Coming Of The Third Reich | TX-5-921-759 |
| Fielding, Helen | Olivia Joules And The Overactive Imagination | TX-5-892-217 |
| Foerst, Anne | God In The Machine | TX-6-117-670 |
| Fuller, Alexander | Scribbling The Cat | TX-5-977-380 |
| Gehlek, Nawang Rimpoche | Good Life, Good Death | TX-5-462-812 |
| Gonzalez, Juan | Harvest Of Empire : A History Of Latinos In America | TX-5-347-739 |
| Graves, Joseph L., Jr. | The Race Myth | TX-5-987-595 |
| Griffin, W.E.B. | Under Fire | TX-5-484-254 |
| Groopman, Jerome | Second Opinions | TX-5-207-484 |
| Gunn, Giles B. | Early American Writing | TX-3-782-386 |
| Hightower, Jim | Let's Not Beat Around The Bush | TX-6-011-395 |
| Hill, Hamlin | Roughing It | TX-831-813 |
| Irons, Peter | A People's History Of The Supreme Court | TX-5-035-460 |
| Kagan, Donald | The Peloponnesian War | TX-5-737-255 |
| Karr, Mary | Cherry | TX-5-303-706 |

| **PENGUIN** | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Keller, Nora Okja | Fox Girl | TX-5-536-724 |
| Kennedy, William | The Flaming Corsage | TX-4-410-824 |
| Kerouac, Jack | Atop An Underwood | TX-5-107-081 |
| Kramer, Peter D. | Listening To Prozac | TX-3-613-520 |
| Kunzru, Hari | Transmission | TX-5-982-888 |
| Lama, Dalai and Cutler, Howard | The Art Of Happiness | TX-5-820-059 |
| Lamott, Anne | PLAN B: Further Thoughts On Faith | TX-6-183-309 |
| LeDuff, Charles | WORK AND OTHER SINS: Life In New York City And Thereabouts | TX- 5-912-682 |
| Lee, Chang-rae | Aloft | TX-5-947-979 |
| Lowenstein, Roger | Origins Of The Crash | TX-5-912-681 |
| Marcom, Micheline | Daydreaming Boy | TX-5-955-114 |
| Marshall, Joseph M. III | The Journey Of Crazy Horse | TX-6-075-423 |
| Martin, Russell | Picasso's War | TX-5-653-594 |
| McMillan, Terry | A Day Late And A Dollar Short | TX-5-354-016 |
| Melissa Bank | Girls' Guide To Hunting And Fishing | TX-5-011-857 |
| Mortimer, John | Where There's A Will | TX-6-016-159 |
| Nelson, Craig | The First Heroes | TX-5-660-450 |
| Noonan, Peggy | When Character Was King | TX-5-461-933 |
| O'Dell, Tawni | Back Roads | TX-5-987-594 |
| O'Faolain, Nuala | Almost There | TX-5-690-734 |
| Ozeki, Ruth | All Over Creation | TX-5-743-991 |
| Parrish, Thomas | The Submarine | TX-5-978-871 |
| Philbrick, Nathaniel | Sea Of Glory | TX-5-886-417 |
| Ponton, Lynn | The Sex Lives Of Teenagers | TX-5-281-408 |
| Press, Bill | BUSH MUST GO: The Top Ten Reasons Why George Bush Doesn't Deserve A Second Term | TX-5-989-334 |
| Provine, Robert R. | Laughter : A Scientific Investigation | TX-5-303-989 |
| Reid, T.R. | The United States Of Europe | TX-6-083-654 |
| Robinson, Randall | The Reckoning: What Blacks Owe Each Other | TX-5-487-830 |
| Robinson, Randall | The Debt | TX-5-145-280 |
| Rybczynski, Witold | Looking Around :A Journey Through Architecture | TX-3-481-776 |
| Sandford, John | The Hanged Man's Song | TX-5-856-756 |
| Sandford, John | Mortal Prey | TX-5-542-747 |
| Saunders, George | Pastoralia | TX-5-218-791 |
| Segal, Nancy L. | Entwined Lives | TX-4-977-367 |
| Seife, Charles | Alpha And Omega | TX-5-810-357 |
| Shell, G. Richard | Bargaining For Advantage Negotiation Strategies For Reasonable People | TX-5-010-144 |

24

| PENGUIN | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Shteyngart, Gary | The Russian Debutante's Handbook | TX-5-555-696 |
| Singer, Peter | The President Of Good And Evil | TX-5-947-516 |
| Smith, Dennis | Report From Ground Zero | TX-5-504-501 |
| Spence, Jonathan | Treason By The Book | TX-5-347-737 |
| Stone, Douglas; Patton, Bruce and Heen, Sheila | Difficult Conversations : How To Discuss What Matters Most | TX-5-162-226 |
| Tan, Amy | Joy Luck Club | TX-2-548-841 |
| Trevor, William | A Bit On The Side | TX-5-991-195 |
| Unger, Zac | WORKING FIRE: The Making Of An Accidental Fireman | TX-5-941-490 |
| Vreeland, Susan | The Passion Of Artemesia | TX-5-484-281 |
| Waters, Sarah | Tipping The Velvet | TX-5-008-545 |
| Wills, Garry | Saint Augustine's Conversion | TX-6-082-724 |
| Wolfe, Alan | One Nation After All | TX-4-752-109 |
| Woods, Stuart | The Prince Of Beverly Hills | TX-6-080-062 |
| Wooten, Jim | We Are All The Same | TX-6-080-440 |
| Zafon, Carlos | The Shadow Of The Wind | TX-5-966-003 |

| SIMON & SCHUSTER | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Ali, Monica | Brick Lane | TX-5-807-327 |
| Ambrose, Stephen E. | Band of Brothers | TX-3-315-330; TX-5-335-375; TX-5-421-254 |
| Ambrose, Stephen E. | Nothing Like It In the World | TX-5-222-049; VA-1-023-994 |
| Ambrose, Stephen E. | To America | TX-5-803-610 |
| Baker, Peter | The Breach | TX-5-311-750 |
| Beattie, Ann | Follies | TX-6-177-745 |
| Beattie, Ann | The Doctor's House | TX-5-513-209 |
| Begala, Paul | Is Our Children Learning? | TX-5-380-269 |
| Behe, Michael J. | Darwin's Black Box | TX-4-338-803 |
| Benjamin, Marina | Rocket Dreams | TX-5-734-850 |
| Bennett, William J. | The Death of Outrage | TX-4-831-129 |
| Bennett, William J. | The Educated Child | TX-5-200-739 |
| Benson, Herbert | The Breakout Principle | TX-5-715-191 |
| Berg, Elizabeth | Never Change | TX-5-422-277 |
| Berg, Elizabeth | Say When | TX-5-766-252 |
| Bergen, Peter | Holy War, Inc. | TX-5-530-000; VA-1-127-587 |
| Berman, Larry | No Peace, No Honor | TX-5-363-402 |
| Breslin, Jimmy | The Church That Forgot Christ | TX-6-002-186 |
| Brill, Steven | After | TX-5-734-859 |
| Brown, Dan | Angels & Demons | TX-5-229-995 |
| Brown, Dan | Deception Point | TX-5-459-857 |
| Buck, Bob | North Star over My Shoulder | TX-5-515-291 |
| Buderi, Robert | Engines Of Tomorrow | TX-5-223-005 |
| Bundles, A'Lelia | On Her Own Ground | TX-5-367-724 |
| Burke, James Lee | Bitterroot | TX-5-420-445 |
| Burke, James Lee | Jolie Blon's Bounce | TX-5-700-612 |
| Burke, Jan | Dear Irene, | TX-3-974-685 |
| Carter, Jimmy | An Hour Before Daylight | TX-5-348-485 |
| Carville, James | And The Horse He Rode In On | TX-5-045-786 |
| Chandler, Charlotte | It's Only a Movie | TX-6-144-212 |
| Clark, Carol Higgins | Burned | TX-6-147-232 |
| Clark, Carol Higgins | He Sees You When You're Sleeping | TX-5-462-083 |
| Clark, Mary Higgins | All Through The Night | TX-4-945-512 |
| Clark, Mary Higgins | Kitchen Privileges | TX-5-701-512 |
| Clark, Mary Higgins | On the Street Where You Live | TX-5-378-655 |

26

| SIMON & SCHUSTER | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Covey, Stephen R. | The 7 Habits of Highly Effective People Personal Workbook | TX-2-680-685 |
| Cramer, James J. | Confessions of a Street Addict | TX-5-597-406 |
| Cramer, James J. | Jim Cramer's Real Money | TX-6-144-023 |
| Cramer, Richard Ben | How Israel Lost | TX-5-976-160 |
| Dallek, Matthew | The Right Moment | TX-5-271-445; TX-5-956-627 |
| Deaver, Jeffery | The Blue Nowhere | TX-5-383-787 |
| Deaver, Jeffery | The Empty Chair | TX-5-229-997 |
| DeBaggio, Thomas | Losing My Mind | TX-5-520-314 |
| Doerr, Anthony | The Shell Collector | TX-5-462-085 |
| Durant, Will | Heroes of History | TX-5-487-584 |
| Eisenhower, John | General Ike | TX-5-716-334 |
| Emerson, Steven | American Jihad | TX-5-606-583 |
| Fitzgerald, F. Scott | Tender is the Night | A72045; R286828 |
| Fitzgerald, F. Scott | The Last Tycoon | A158462; R462860 |
| Fitzgerald, F. Scott | The Great Gatsby | A855444; R109367 |
| Gergen, David | Eyewitness to Power | TX-5-265-108 |
| Gerhart, Ann | The Perfect Wife | TX-5-958-834 |
| Gilder, George | Telecosm | TX-5-311-747 |
| Hemingway, Ernest | For Whom the Bell Tolls | A147112; R420407 |
| Hemingway, Ernest | A Farewell to Arms | Serial publication: B27057, R181032; B29725, 181033; B34177, R181034; B36509, R181035; B39578, R181036; B44601, R181037. Book publication: A12869, R177406 |
| Hemingway, Ernest | The Sun Also Rises | A950716; R132519 |
| Isaacson, Walter | Benjamin Franklin | TX-5-813-289 |
| King, Stephen | Dreamcatcher | TX-5-372-163 |
| King, Stephen | Hearts In Atlantis | TX-5-069-778 |
| King, Stephen | On Writing | TX-5-327-522 |
| Klosterman, Chuck | Sex, Drugs, and Cocoa Puffs | TX-5-824-999; TX-6-006-639 |
| Levine, Mel | Mind at a Time | TX-5-517-658 |
| Lieberman, Joseph I. | In Praise Of Public Life | TX-5-006-970 |
| Louv, Richard | Fly-Fishing for Sharks | TX-5-215-855 |

## SIMON & SCHUSTER

| Author Name | Book Title | Copyright Reg. No |
|---|---|---|
| MacLaine, Shirley | The Camino | TX-5-240-072 |
| Mapson, Jo-Ann | Along Came Mary | TX-5-677-778 |
| Maraniss, David | They Marched Into Sunlight | TX-5-861-143 |
| Maraniss, David | When Pride Still Mattered | TX-5-108-580 |
| McCourt, Frank | Angela's Ashes | TX-4-390-083 |
| McCourt, Frank | Tis | TX-5-068-432 |
| McCullough, David | 1776 | TX-6-116-978 |
| McCullough, David | John Adams | TX-5-353-626; VA-1-026-618 |
| McCullough, David | Truman | TX-3-315-124 |
| McMurtry, Larry. | COMANCHE MOON | TX-4-759-335 |
| McMurtry, Larry. | DEAD MAN'S WALK | TX-4-173-297 |
| McMurtry, Larry. | Lonesome Dove | TX-1-585-164; TX-5-315-497; VA-343-708 |
| Meili, Trisha | I Am the Central Park Jogger | TX-5-713-058; TX-5-939-961 |
| Mezrich, Ben | Bringing Down the House | TX-5-635-116 |
| Morris, David J. | Storm on the Horizon | TX-5-916-844; VA-1-225-838 |
| Nelson, Antonya | Living to Tell | TX-5-220-710 |
| O'Neill, Jamie | At Swim, Two Boys | TX-5-520-423 |
| Orman, Suze | The Laws of Money, The Lessons of Life | TX-5-724-093 |
| Peale, Dr. Norman Vincent | The Power of Positive Thinking | A71658; RE-58-194 |
| Picoult, Jodi | My Sister's Keeper | TX-5-949-094 |
| Picoult, Jodi | Perfect Match | TX-5-517-659 |
| Podhoretz, Norman | My Love Affair with America | TX-5-220-402 |
| Price, Reynolds | Feasting the Heart | TX-5-291-420 |
| Reichs, Kathy | Bare Bones | TX-5-766-491 |
| Reichs, Kathy | Fatal Voyage | TX-5-418-117 |
| Rhodes, Richard | Deadly Feasts | TX-4-642-945 |
| Roiphe, Anne | 1185 Park Avenue | TX-5-014-669 |
| Sciolino, Elaine | Persian Mirrors | TX-5-271-260; VA-1-067-423 |
| Shawcross, William | Deliver Us From Evil | TX-5-258-602 |
| Skinner, Kiron K. | Reagan, In His Own Hand | TX-5-361-404; TX-5-361-405; TX-5-361-406 |
| Skinner, Kiron K. | Reagan's Path to Victory | TX-6-144-386; TX- |

| SIMON & SCHUSTER | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| | | 6-144-387; TX-6-144-388 |
| Suskind, Ron | The Price of Loyalty | TX-5-913-275; TX-6-089-049 |
| Swofford, Anthony | Jarhead | TX-5-715-190 |
| Thomas, Helen | Front Row At The White House | TX-5-034-831 |
| Tyree, Omar | For the Love of Money | TX-5-267-329 |
| Underhill, Paco | Call of the Mall | TX-5-944-927 |
| Wead, Doug | The Raising of a President | TX-6-102-341 |
| Woodward, Bob | Bush at War | TX-5-640-719 |
| Woodward, Bob | Plan of Attack | TX-5-988-194 |
| Woodward, Bob | Shadow | TX-5-004-333 |
| | | |

| WILEY | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Aft | Work Measurement and Methods Improvement | TX-5-185-753 |
| Aggleton | The Amygdala | TX-3-444-065 |
| Alexander | Basic Biochemical Methods 2E | TX-3-628-715 |
| Chamow | Antibody Fusion Proteins | TX-4-978-432 |
| Battistin | Aging Brain and Dementia | TX-2-882-584 |
| Beatty | Five Minute Interview | TX-1-926-223 |
| Becker | Offices At Work | TX-6-155-266 |
| Benjamini | Immunology: A Short Course 2E | TX-3-625-541 |
| Benjamini | Immunology: A Short Course 3E | TX-4-435-438 |
| Bitton | Wastewater Microbiology | TX-3-852-216 |
| Bitton | Wastewater Microbiology 2E | TX-4-945-916 |
| Boer | Technology Valuation Solutions | TX-6-059-492 |
| Brown | Essentials of Medical Genomics | TX-5-564-763 |
| Brown | MRI: Basic Principles and Applications | TX-4-325-280 |
| Butler | Comparative Vertebrate Neuroanatomy | TX-4-323-462 |
| Cahill | Atlas of Human Cross-Sectional Anatomy 2E | TX-2-888-240 |
| Cahill | Atlas of Human Cross-Sectional Anatomy 3E | TX-4-359-061 |
| Chambers | National Landmarks, America's Treasures | TX-5-340-135 |
| Clark | Coronary Angioplasty 2E | TX-3-377-482 |
| Coico | Immunology: a`Short Course 5E | TX-5-839-176 |
| Conn | Atlas of Invertebrate Reproduction and Development | TX-3-602-723 |
| Considine | Van Nostrand's Scientific Encyclopedia Ninth Edition 2-Volume Set | TX-6-162-140 |
| Daniels | Black Power Inc. | TX-5-985-251 |
| Dee | An Introduction to Tissue-Biomaterial Interactions | TX-5-619-746 |
| DeSalle | Welcome To the Genome | TX-6-061-760 |
| Dhanda | Guiding Icarus: Merging Bioethics with Corporate Interests | TX-5-542-045 |
| Dye | Dictionary of Developmental Biology and Embryology | TX-5-501-798 |
| Elgert | Immunology: Understanding the Immune System | TX-4-305-820 |
| Emsley | The 13th Element: The Sordid Tale of Murder, Fire and Phosphorus | TX-5-473-415 |
| Finkelstein | AIDS Clinical Trials | TX-4-166-697 |
| Freshney | Culture of Animal Cells 3E | TX-3-731-631 |
| Gerstman | Epidemiology Kept Simple 2E | TX-5-824-539 |
| Gilstrap | Infections in Pregnancy 2E | TX-4-635-656 |
| Goodsell | Bionanotechnology | TX-5-946-895 |

| WILEY | | |
|---|---|---|
| __Author Name__ | __Book Title__ | __Copyright Reg. No__ |
| Griffin | Fungal Physiology 2E | TX-3-759-910 |
| Heim | Cancer Cytogenetics 2E | TX-4-158-169 |
| Himes | Anthropometric Assessment of Nutritional Status | TX-3-086-649 |
| Ho | Biotechnology and Biopharmaceuticals: Transforming Proteins and Genes Into Drugs | TX-5-802-848 |
| Hoch | NMR Data Processing | TX-4-435-304 |
| Huang | PACS and Imaging Informatic: Basic Principles and Applications | TX-5-961-906 |
| Jones | Micelles, Monolayers and Biomembranes | TX-4-011-717 |
| Keen | Computer Simulation in Biology: A BASIC Introduction 2E | TX-3-452-452 |
| Kern | Interventional Physiology Rounds | TX-4-852-215 |
| Knudsen | Guide to Analysis of DNA Microarray Data 2E | TX-5-952-835 |
| Korngold | Leveraging Good Will: Strengthening Nonprofits by Engaging Businesses | TX-6-162-766 |
| Le | Health and Numbers: A Problems-Based Introduction to Biostatistics 2E | TX-5-460-037 |
| Le | Health and Numbers: Basic Biostatistical Methods | TX-3-973-972 |
| Luduena | Learning More Biochemistry: 100 New Case-Oriented Problems | TX-4-564-102 |
| Martin | Primer on MR Imaging of the Abdomen and Pelvis | TX-6-143-948 |
| Matthews | Biochemistry: a Short Course | TX-4-499-690 |
| Matthews | Protein Absorption Development and Present State of the Subject | TX-3-377-955 |
| Maulik | Molecular Biotechnology: Therapeutic Applications and Strategies | TX-4-401-729 |
| McPherson | Introduction to Macromolecular Crystallography | TX-5-719-079 |
| Miller | Addiction Psychiatry: Current Diagnosis and Treatment | TX-4-077-082 |
| Mitelman | Catalog of Chromosome Aberrations in Cancer 4E 2 Parts | TX-3-489-609 |
| Mitelman | Catalog of Chromosome Aberrations in Cancer 5E | TX-3-854-435 |
| Moat | Microbial Physiology 3E | TX-4-145-219 |
| Moat | Microbial Physiology 4E | TX-5-603-865 |
| Morey | Essentials of PAI Assessment | TX-5-739-211 |
| Murphy | Fundamentals of Light Microscopy and Electronic Imaging | TX-5-469-911 |
| Murray | Antisense RNA and DNA | TX-3-448-390 |
| Ng | Drugs: From Discovery to Approval | TX-5-917-277 |
| Offit | Clinical Cancer Genetics: Risk Counseling and | TX-4-709-542 |

| **WILEY** | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| | Management | |
| O'Rahilly | Human Embryology and Teratology | TX-3-375-003 |
| O'Rahilly | Human Embryology and Teratology 2E | TX-4-281-410 |
| O'Rahilly | The Embryonic Human Brain: An Atlas of Developmental Stages 2E | TX-5-127-262 |
| Owens | Flow Cytometry Principles for Clinical Laboratory Practice | TX-3-993-285 |
| Owens | Voice of Reason: Why the Left and Rights Are Wrong | TX-5-941-472 |
| Pasternak | An Introduction to Human Molecular Genetics: Mechanisms of Inherited Diseases 2E | TX-6-215-367 |
| Pontes | Surgery of Genitourinary Pelvic Tumors: An Anatomical Atlas | TX-3-892-942 |
| Presser | Methods for Testing and Evaluating Survey Questionnaires | TX-5-973-041 |
| Redei | Encyclopedic Dictionary of Genetics, Genomics and Proteomics 2E | TX-5-830-686 |
| Relethford | Genetics and the Search for Modern Human Origins | TX-5-394-222 |
| Robb | Biomedical Imaging, Visualization and Analysis | TX-5-148-708 |
| Roland | Brain Activation | TX-3-640-318 |
| Rosenberg | Comprehensive Neurology 2E | TX-4-814-384 |
| Rothwell | Understanding Genetics: A Molecular Approach | TX-3-628-512 |
| Saccone | Handbook of Comparative Genomics: Principles and Methodology | TX-5-745-634 |
| Salibi | Clinical MR Sprectroscopy: First Principles | TX-4-728-108 |
| Sano | Designing Large-Scale Web Sites: A Visual Design Methodology | TX-4-279-597 |
| Sapienza | Managing Scientists: Leadership Strategies in Research and Development | TX-4-020-087 |
| Sapienza | Managing Scientists: Leadership Strategies in Scientific Research 2E | TX-6-000-079 |
| Scheffler | Mitocondria | TX-5-065-890 |
| Schempp | Magnetic Resonance Imaging | TX-4-866-819 |
| Schena | Microarray Analysis | TX-5-654-609 |
| Schneider | Counseling About Cancer: Strategies for Genetic Counseling 2E | TX-5-468-751 |
| Schull | Effects of Atomic Radiation: A Half-Century of Studies from Hiroshima and Nagasaki | TX-4-226-378 |
| Semelka | Addominal-Pelvic MRI | TX-5-466-760 |

| WILEY | | |
|---|---|---|
| **Author Name** | **Book Title** | **Copyright Reg. No** |
| Semelka | MRI of the Abdomen and Pelvis: A Text-Atlas | TX-4-587-385 |
| Shapiro | Practical Flow Cytometry 3E | TX-3-993-553 |
| Shapiro | Practical Flow Cytometry 4E | TX-5-800-166 |
| Sherr | Applications for Electronic Displays: Technologies and Requirements | TX-4-819-266 |
| Shi | Amphibian Metamorphosis | TX-5-121-851 |
| Singh | Microscale and Selected Macroscale Experiments for General and Advanced General Chemistry | TX-4-017-294 |
| Spata | Research Methods in Psychology: Science and Diversity | TX-5-720-549 |
| Stachowitsch | The Invertebrates: An Illustrated Glossary | TX-3-616-020 |
| Theodore | Nanotechnology: Environmental Implications and Solutions | TX-6-212-342 |
| Tsoi | Abdominal Access in Open and Laparoscopic Surgery | TX-4-412-881 |
| VanCleave | Janice VanCleave's Gravity | TX-3-590 665 |
| Wagner | Chromosomes: A Synthesis | TX-3-599-401 |
| Wang | Radiation Therapy for Head and Neck Neoplasms 3E | TX-4-237-848 |
| Weinschenk | Guidelines for Enterprise-Wide GUI Design | TX-4-122-026 |
| Weiss | Genetics and the Logic of Evolution | TX-5-947-368 |
| West | Biodynamics: Why the Wirewalker Doesn't Fall | TX-5-887-201 |
| Winzor | Quantitative Characterization of Ligand Branding | TX-4-225-394 |
| Wolfe | Radioactive and Stable Isotope Tracers in Biomedicine | TX-3-375-383 |
| Wolfe | Isotope Tracers in Metabolic Research 2E | TX-6-072-758 |
| Wong | Compact and Broadband Microstrip Antennas | TX-5-490-963 |
| Zhang | Microarray Quality Control | TX-5-953-118 |

## **EXHIBIT B**

 **Book Page Screenshots**

About
Google Print

Google Print
Help

Publisher
Program
• Success
Stories
• Print Tour
• Help
Center
• Apply Now

Library
Project
• Common
Questions
• Publisher
Questions

Existing
Publishers
Log in to
your
account.

**Book Page Views**

• Public domain books
• Books submitted by a publisher

**Book Page Views**

**Book Info Only View**

• Library books still in copyright

**Public domain books:** When we scan a book from a library that is in the public domain, you can view the entire page as well as read through the entire book.

The search term that led you to this book is highlighted

Enter new keywords to conduct more searches with in the book

Find more results from this keyword throughout this book

View reference information about the book

If a book is out of print, search for a used copy

Find this book in a local library



**Books submitted by a publisher:** For books that publishers have submitted, you will be able to view a full page and a few pages on either side.



## Book Info View Only

**Library books still in copyright:** For books that we have scanned from a library which are still in copyright, you will only be able to view the bibliographic information and a few short sentences of text around your search term.



Total number of times this search term appears in this book. You can only view three instances for each term

The search term that led you to this book is highlighted

Enter new keywords to conduct more searches within the book

If a book is out of print, search for a used copy

Find this book in a local library

Find related information on the web

©2005 Google - Home - About Google - Privacy Policy