Bruce P. Keller (BK 9300)
Jeffrey P. Cunard
James J. Pastore, Jr. (JP 3176)
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
Attorneys for Plaintiffs

FILED ELECTRONICALLY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE MCGRAW-HILL COMPANIES, INC.,
PENGUIN GROUP (USA), INC., PEARSON
EDUCATION, INC., SIMON & SCHUSTER,
INC., and JOHN WILEY & SONS, INC.

   Plaintiffs,

  -against-

GOOGLE INC.

   Defendant.

-------------------------------------------------------------- X



CASE NO.:

PLAINTIFFS' DISCLOSURE PURSUANT
TO FED. R. CIV. P. 7.1

ECF CASE

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Plaintiffs The McGraw-Hill Companies, Inc. ("McGraw-Hill"), Penguin Group (USA), Inc. ("Penguin"), Pearson Education, Inc. ("Pearson Education"), Simon & Schuster, Inc. ("Simon & Schuster"), and John Wiley & Sons, Inc. ("John Wiley") certify that:

  (1) McGraw-Hill is a publicly held corporation that has no parent corporation, and there is no public company that owns 10% or more of McGraw-Hill's stock;

(2) Penguin is a subsidiary of its parent corporation Pearson-Longman, Inc., which is indirectly owned by Pearson plc. Pearson plc is a publicly traded U.K. company and there is no public company that owns 10% or more of its stock;

(3) Pearson Education is a subsidiary of Pearson plc, a publicly traded U.K. company and there is no public company that owns 10% or more of its stock;

(4) Simon & Schuster is a subsidiary of Viacom, Inc., a publicly held corporation, and there is no public company that owns 10% or more of Viacom, Inc.'s stock; and

(5) Wiley is a publicly held corporation that has no parent corporation, and there is no public company that owns 10% or more of Wiley's stock.

Dated: October 19, 2005

Respectfully submitted,

By: *[signature]*
Bruce P. Keller (BK 9300)
Jeffrey P. Cunard
James J. Pastore, Jr. (JP 3176)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000 (phone)
(212) 909-6836 (fax)
bpkeller@debevoise.com
jpcunard@debevoise.com
jpastore@debevoise.com

*Attorneys for Plaintiffs*
  *The McGraw-Hill Companies, Inc.,*
  *Pearson Education, Inc.,*
  *Penguin Group (USA) Inc.,*
  *Simon & Schuster, Inc., and*
  *John Wiley & Sons, Inc.*