AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

The McGraw-Hill Companies, Inc.,
Pearson Education, Inc., Penguin
Group (USA) Inc., Simon & Schuster, Inc.
and John Wiley & Sons, Inc.

V.

Google Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 CV 8881**

TO: (Name and address of Defendant)

Google Inc.
1600 Ampitheatre Parkway
Mountain View, CA 94043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Keller
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON           OCT 19 2005

CLERK                                            DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

Dockets.Justia.com

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

October 19, 2005

BY FEDERAL EXPRESS

Joseph M. Beck, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

**Service Copy Of Complaint and Related Materials**

Dear Mr. Beck:

As per your conversation with Bruce Keller, enclosed is a service copy of today's filing.  The following six documents are enclosed:

1. Civil Cover Sheet

2. Statement of Relatedness

3. Summons

4. Complaint

5. Rule 7.1 Statement

6. Selected rules and guidelines for the Southern District of New York

Please feel free to give me a call at (212) 909-6973 if you have any questions.

Sincerely,

James J. Pastore, Jr.

Enclosures

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> with Judges' and ECF Rules | DATE | October 19, 2005 |
| NAME OF SERVER (PRINT) James J. Pastore, Jr. | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served upon defendant noted in the within correspondence dated October 19, 2005 via federal express with the consent of its counsel Joseph M. Beck, Esq. of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309-4530

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 21, 2005
                    Date

Signature of Server
James J. Pastore, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.