UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MCGRAW-HILL COMPANIES, INC., PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and JOHN WILEY & SONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 05 CV 8881 (JES) <br><br> **RULE 7.1 STATEMENT OF DEFENDANT GOOGLE INC.** |

Defendant Google Inc., by its undersigned attorneys, hereby states, pursuant to rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
November 10, 2005

*Robert J. Bernstein*
Robert J. Bernstein (RB-4230)
The Law Office of Robert J. Bernstein
488 Madison Avenue, 9th Floor
New York, NY 10022
Telephone: (212) 705-4811
Facsimile: (212) 593-9175

Joseph M. Beck (JB-9494)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, GA 30309-4530
Telephone: (404) 815-6406
Facsimile: (404) 541-3126

and

Adam H. Charnes (AC-0161)
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7382
Facsimile: (336) 734-2602

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2005, I served, pursuant to agreement of plaintiffs' counsel, by electronic mail, the foregoing Rule 7.1 Statement of Defendant Google Inc. by attaching it in pdf format to emails sent to plaintiffs' attorneys at the following addresses:

Bruce P. Keller (bpkeller@debevoise.com)
Jeffrey P. Cunard (jpcunard@debevoise.com)
James J. Pastore, (jjpastore@debevoise.com)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

_____
Robert J. Bernstein