IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE MCGRAW-HILL COMPANIES, INC.
PEARSON EDUCATION, INC., PENGUIN
GROUP (USA) INC.,
SIMON & SCHUSTER, INC., and
JOHN WILEY & SONS, INC.,

        Plaintiffs,

   v.

GOOGLE INC.,

        Defendant.

Civil Action No. 05 CV 8881

## ORDER GRANTING MOTION OF
## JOSEPH M. BECK, ESQ. TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court upon the Motion for Pro Hac Vice Admission of Joseph M. Beck, Esq. for permission to appear and participate *pro hac vice* in the above-captioned matter, and upon the Affidavit of Robert J. Bernstein, the Declaration of Joseph M. Beck and the exhibit thereto, it is ORDERED that said motion be and the same is GRANTED. Pursuant to Rule 1.3(c) of the Rules of the District Court for the Southern District of New York, Joseph M. Beck, Esq. shall be permitted to appear in this action and to try this case as a whole or in part on behalf of Google Inc. as attorney for Defendant *pro hac vice*.

SO ORDERED at New York, New York, this 14 day of Nov., 2005.

_____
Hon. John E. Sprizzo
United States District Judge