

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE MCGRAW-HILL COMPANIES, INC.,
PEARSON EDUCATION, INC., PENGUIN
GROUP (USA) INC., SIMON & SCHUSTER,
INC., and JOHN WILEY & SONS, INC.,

    Plaintiffs,

v.

GOOGLE, INC.,

    Defendant.

CIV. NO. 05-CV-8881 (JES)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/06

## ORDER GRANTING MOTION OF
## ALEX S. FONOROFF, ESQ. TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court upon the Motion for Pro Hac Vice Admission of Alex S. Fonoroff, Esq. for permission to appear and participate *pro hac vice* in the above-captioned matter, and upon the Affidavit of Robert J. Bernstein, the Declaration of Alex S. Fonoroff and the exhibits thereto, it is ORDERED that said motion be and the same is GRANTED. Pursuant to Rule 1.3(c) of the Rules of the District Court for the Southern District of New York, Alex S. Fonoroff, Esq. shall be permitted to appear in this action and to try this case as a whole or in part on behalf of Google, Inc. as attorney for Defendant *pro hac vice*.

SO ORDERED at New York, New York, this 14 day of March, 2005.

                _____
                Hon. John E. Sprizzo
                United States District Judge

9037024.1