AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

McGraw-Hill Companies, Inc., et al.
v.
Google, Inc.

**APPEARANCE**

Case Number: 05 CV 8881 (JES)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Google, Inc.

I certify that I am admitted to practice in this court.

March 23, 2006
Date

*(signature)*
Signature

Adam H. Charnes
Print Name

NC 32039
Bar Number

1001 West Fourth Street
Address

Winston-Salem, NC 27101
City        State        Zip Code

(336) 607-7382
Phone Number

(336) 734-2602
Fax Number