≽AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE MCGRAW-HILL COMPANIES, INC., PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and JOHN WILEY & SONS, INC.
v.
GOOGLE INC.,

**APPEARANCE**

Case Number: 05 CV 8881

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google Inc., Defendant

I certify that I am admitted to practice in this court. Pro Hac Vice for this case.

| | |
|---|---|
| March 23, 2006 | *(signature)* |
| Date | Signature |
| | Joseph M. Beck — 046000 |
| | Print Name — Bar Number |
| | Kilpatrick Stockton LLP |
| | Address |
| | 1100 Peachtree St., Suite 2800 |
| | City: Atlanta    State: GA    Zip Code: 30309 |
| | Phone Number: (404) 815-6406    Fax Number: (404) 541-3126 |