AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

**APPEARANCE**

McGraw-Hill Companies, Inc., et al

v.

Google Inc.

Case Number: 05 CV 8881 (JES)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Google, Inc.

I certify that I am admitted to practice in this court., pro hac vice.

March 27, 2006
Date

Signature

Alex S. Fonoroff                    GA 267457
Print Name                          Bar Number

1100 Peachtree Street; Suite 2800
Address

Atlanta,          GA              30309
City              State           Zip Code

(404) 815-6500                (404) 815-6555
Phone Number                  Fax Number