The McGraw-Hill Companies, Inc. et al v. Google Inc.                                                                Doc. 16

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE MCGRAW-HILL COMPANIES, INC. PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and JOHN WILEY & SONS, INC.

v.

Google Inc.

**APPEARANCE**

Case Number: 05 CV 8881

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google Inc.

I certify that I am admitted to practice in this court.

Date: April 12, 2006

Signature: *[signed]*

Print Name: Jeffrey A. Conciatori       Bar Number: (JC-6858)

Address: Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor

City, State, Zip Code: New York, NY  10017-4611

Phone Number: (212) 849-7000       Fax Number: (212) 849-7100

Dockets.Justia.com