UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MCGRAW-HILL COMPANIES, INC.,
PEARSON EDUCATION, INC., PENGUIN
GROUP (USA) INC., SIMON & SCHUSTER,
INC., and JOHN WILEY & SONS, INC.,

        Plaintiffs,

    -against-

GOOGLE INC.,

        Defendant.

No. 05-CV-8111 (JES)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP be substituted as counsel for defendant in the place of The Law Offices of Robert J. Bernstein.

DATED: New York, New York
          April 27, 2006

QUINN EMANUEL URQUHART
    OLIVER &
    HEDGES, LLP

By: _____
    Jeffrey A. Conciatori (JC-6858)

335 Madison Avenue, 17th Floor
New York, New York  10017-4611
(212) 849-7000

60761/1874876.1

                    The Law Offices of Robert J. Bernstein

By: *[signature]*
    Robert J. Bernstein (RB-4230)

488 Madison Avenue
9th Floor
New York, NY 10022
(212) 705-4811

SO ORDERED:

_____
           U.S.D.J.