UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

THE MCGRAW-HILL COMPANIES, INC., PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and JOHN WILEY & SONS, INC.,

　　　　　　　　　　　Plaintiffs,

v.

GOOGLE INC.,

　　　　　　　　　　　Defendant.

----------------------------------------

No. 05-CV 8881 (JES)

**NOTICE OF CHANGE OF ADDRESS**

　　　　PLEASE TAKE NOTICE that, effective May 15, 2006, our new address and contact numbers will be as follows:

　　　　QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
　　　　51 Madison Avenue
　　　　New York, NY 10010-1601
　　　　Telephone No.:　(212) 849-7000
　　　　Facsimile No.:　(212) 849-7100

　　　　Please make the appropriate changes in your records.

Dated:　New York, New York
　　　　May 11, 2006

TO: CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

*Attorneys for Plaintiffs,*
Bruce P. Keller
James J. Pastore, Jr.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
Telephone No.: (212) 909-6000
Facsimile No.:　(212) 909-6838
Email.: bpkeller@debevoise.com
Email.: jjpastor@debevoise.com

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By:_____
　　Jeffrey A. Conciatori (JC-6858)

*Attorneys for Google, Inc.,*
Jeffrey A. Conciatori
Quinn Emanuel Urquhart
　　Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010-1601
Telephone No.:　(212) 849-7000
Facsimile No.:　(212) 849-7100
www.jeffconciatori@quinnemanuel.com