

No. 05-CV-8411 (JES)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MCGRAW-HILL COMPANIES, INC.,
PEARSON EDUCATION, INC., PENGUIN
GROUP (USA) INC., SIMON & SCHUSTER,
INC., and JOHN WILEY & SONS, INC.,

             Plaintiffs,

        -against-

GOOGLE INC.,

             Defendant.

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel, that the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP be substituted as

counsel for defendant in the place of The Law Offices of Robert J. Bernstein.

DATED:   New York, New York
          April 27, 2006

                         QUINN EMANUEL URQUHART
                          OLIVER &
                          HEDGES, LLP

                          By
                          :   _____
                              Jeffrey A. Conciatori (JC-6858)

                          335 Madison Avenue, 17th Floor
                          New York, New York  10017-4611
                          (212) 849-7000

.

The Law Offices of Robert J. Bernstein

By
:  _Robert J. Bernstein_
Robert J. Bernstein (RB-4230)

488 Madison Avenue
9th Floor
New York, NY  10022
(212) 705-4811

SO ORDERED:

_____
U.S.D.J.

5 - 16 - 06

60761/1874876.1