AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

| The McGraw-Hill Companies, Inc., etal |
|---|

v.

| Google Inc. |
|---|

Case Number:    | 05 CV 8881-JES |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Defendant Google Inc.
>
>
> (Admitted pro hac vice)

I certify that I am admitted to practice in this court.

| September 14, 2006 |
|---|
Date

*Ronald L. Raider* (signature)
Signature

| Ronald L. Raider |    | pro hac vice |
Print Name                          Bar Number

| 1100 Peachtree Street, Suite 2800 |
Address

| Atlanta | GA | 30309 |
City              State              Zip Code

| (404) 815-6500 | | (404) 541-3354 |
Phone Number                        Fax Number

Dockets.Justia.com