UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


THE MCGRAW-HILL COMPANIES, INC.,     )
PEARSON EDUCATION, INC., PENGUIN     )
GROUP (USA) INC., SIMON &            )
SCHUSTER, INC., and WILEY & SONS,    )
INC.                                 )
                                     )
        Plaintiffs,                  )     Civil Action No.:  05 CV 8881-JES
                                     )
v.                                   )
                                     )
GOOGLE INC.,                         )
                                     )
        Defendant.                   )


THE AUTHOR'S GUILD, Associational    )
Plaintiff, HERBERT MITGANG, BETTY    )
MILES AND DANIEL HOFFMAN,            )
Individually and on Behalf of All Others )
Similarly Situated,                  )
                                     )
                                     )
        Plaintiffs,                  )     Civil Action No.:  05 CV 8136 (JES)
                                     )
v.                                   )
                                     )
GOOGLE INC.,                         )
                                     )
        Defendant.                   )

## NOTICE OF INTENT TO SERVE SUBPOENAS

Defendant Google hereby provides notice that it intends to serve the attached

subpoenas directed to Yahoo! Inc.; Microsoft Corporation; the Association of American of

Publishers, Inc.; Random House, Inc.; Holtzbrinck Publishers, LLC; and HarperCollins

Publishers, Inc.

US2000 9515390.1

Dated: September 29, 2006.

 

s/Ronald L. Raider
Joseph M. Beck (JB 9494)
Alex S. Fonoroff (AF 2533)
Ronald L. Raider (RR 5307)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, GA 30309-4530
Telephone:  (404) 815-6406
Facsimile:  (404) 541-3126

Adam H. Charnes (AC 0161)
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7382
Facsimile:  (336) 734-2602

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

US2000 9515390.1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the foregoing NOTICE OF INTENT TO SERVE SUBPOENAS

was served this 29th day of September, 2006, by email, on the following:


Bruce P. Keller (bpkeller@debevoise.com)
Jeffrey P. Cunard (jpcunard@debevoise.com)
James J. Pastore, Jr. (jjpastor@debevoise.com)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Counsel for the Publisher Plaintiffs

Sanford P. Dumain (sdumain@milbergweiss.com)
Laura Gundersheim (lgundersheim@milbergweiss.com)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Michael J. Boni (mboni@kohnswift.com)
Kate Reznick (kreznick@kohnswift.com)
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Counsel for the Authors Guild Plaintiffs


s/Ronald L. Raider
Ronald L. Raider

3

US2000 9515390.1