UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE MCGRAW-HILL COMPANIES, INC., PEARSON EDUCATION, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., and WILEY & SONS, INC. | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05 CV 8881-JES |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| THE AUTHOR'S GUILD, Associational Plaintiff, HERBERT MITGANG, BETTY MILES AND DANIEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.:  05 CV 8136 (JES) |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO SERVE SUBPOENA

Defendant Google hereby provides notice that it intends to serve the attached

subpoena directed to Amazon.com, Inc.

US2000 9527683.1

Dockets.Justia.com

Dated: October 4, 2006.

s/Ronald L. Raider
Joseph M. Beck (JB 9494)
Alex S. Fonoroff (AF 2533)
Ronald L. Raider (RR 5307)
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 1100
Atlanta, GA 30309-4530
Telephone:  (404) 815-6406
Facsimile:  (404) 541-3126

Adam H. Charnes (AC 0161)
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7382
Facsimile:  (336) 734-2602

Jeffrey A. Conciatori
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

2

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing NOTICE OF INTENT TO SERVE SUBPOENA

was served this 4th day of October, 2006, by email, on the following:


       Bruce P. Keller (bpkeller@debevoise.com)
       Jeffrey P. Cunard (jpcunard@debevoise.com)
       James J. Pastore, Jr. (jjpastor@debevoise.com)
       Debevoise & Plimpton LLP
       919 Third Avenue
       New York, NY 10022

       Counsel for the Publisher Plaintiffs

       Sanford P. Dumain (sdumain@milbergweiss.com)
       Laura Gundersheim (lgundersheim@milbergweiss.com)
       Milberg Weiss Bershad & Schulman LLP
       One Pennsylvania Plaza
       New York, NY 10119-0165

       Michael J. Boni (mboni@kohnswift.com)
       Kate Reznick (kreznick@kohnswift.com)
       Kohn, Swift & Graf, P.C.
       One South Broad Street, Suite 2100
       Philadelphia, PA 19107

       Counsel for the Authors Guild Plaintiffs


       s/Ronald L. Raider
       Ronald L. Raider

US2000 9527683.1